JS-6

HANNAH STITT (SBN 309349)

Attorney for Plaintiff ZACHARY COLE

hannah@tectoniclaw.com

Tectonic Law PC

3929 24th Street, #5

San Francisco, CA 94114

Telephone: 628-203-8479

Fax: 408-677-2124

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY COL E, | ) Case No.: 2:23-cv-01701-KK-AGR |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL |
| vs. | ) |
| | ) |
| ALDO JOVANNY OLIVAREZ, ET AL., | ) Honorable Kenly Kiya Kato Complaint |
| Defendants. | ) Filed: March 7, 2023 |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge